# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12 C 9102 |
| ) | |
| NORTHRIDGE BUILDERS, INC., ) | |
| ANTHONY PUNTILLO, DDS and ) | |
| MARY PUNTILLO, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Cincinnati Insurance Company ("Cincinnati") has filed two separate Responses to the affirmative defenses filed by the three defendants in this interpleader action, one targeting the responsive pleading by defendant Northridge Builders, Inc. and the other targeting the responsive pleading by co-defendants Anthony and Mary Puntillo. Whether or not those Responses may be attributable to a greater familiarity on the part of Cincinnati's counsel with state court practice rather than federal practice, it is clear that such pleadings are not permitted by the Federal Rules of Civil Procedure ("Rules") unless the court calls for them (as this Court has not) -- in that respect, see Rule 7(a). Accordingly both those Responses are stricken from the court file.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 19, 2014